**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Western District of Texas | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Flores, Albert | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Flores, Betty Angelina |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba RTA Property Management | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 1937 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 7553 |
| Street Address of Debtor (No. and Street, City, and State)<br>3605 Arcadia Pl<br>El Paso, TX                    ZIPCODE 79902 | Street Address of Joint Debtor (No. and Street, City, and State)<br>3605 Arcadia Pl<br>El Paso, TX                    ZIPCODE 79902 |
| County of Residence or of the Principal Place of Business:<br>El Paso | County of Residence or of the Principal Place of Business:<br>El Paso |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.5-752 - 30433-301X-04310

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Albert Flores & Betty Angelina Flores |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   NONE | Case Number: | Date Filed: |
| Location Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition. | X _(signature)_    10/8/10 Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Albert Flores & Betty Angelina Flores |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Oct 8, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

E P BUD KIRK TX 11508650
Printed Name of Attorney for Debtor(s)

_____
Firm Name

600 Sunland Park Drive
Address

Building Four, Suite 400    El Paso, TX 79912

(915) 584-3773
Telephone Number

10-8-10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110, 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-0410

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

In re  Albert Flores & Betty Angelina Flores _____          Case No. _____
                        Debtor(s)                                                       (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2010 ©1991-2010 New Hope Software, Inc. ver 4.5.5-752 - 30433-301X-04310

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                  Page 2

❒  3.  I certify that I requested credit counseling services from an approved agency but
was unable to obtain the services during the seven days from the time I made my request, and the
following exigent circumstances merit a temporary waiver of the credit counseling requirement
so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days after you file your bankruptcy petition and
promptly file a certificate from the agency that provided the counseling, together with a
copy of any debt management plan developed through the agency.  Failure to fulfill these
requirements may result in dismissal of your case.  Any extension of the 30-day deadline
can be granted only for cause and is limited to a maximum of 15 days. Your case may also
be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

❒  4.  I am not required to receive a credit counseling briefing because of: *[Check the
applicable statement.] [Must be accompanied by a motion for determination by the court.]*
     ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
     illness or mental deficiency so as to be incapable of realizing and making rational
     decisions with respect to financial responsibilities.);
     ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the
     extent of being unable, after reasonable effort, to participate in a credit counseling
     briefing in person, by telephone, or through the Internet.);
     ❒  Active military duty in a military combat zone.

❒  5. The United States trustee or bankruptcy administrator has determined that the credit
counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

     **I certify under penalty of perjury that the information provided above is true and
correct.**

Signature of Debtor:  _____
                              ALBERT FLORES

Date:  Oct. 8, 2010

Certificate Number: 02114-TXW-CC-012417087

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
02114-TXW-CC-012417087

## CERTIFICATE OF COUNSELING

I CERTIFY that on 09/21/10, at 07:32 o'clock PM EST, ALBERT FLORES received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted  by Internet .

Date:  10-07-2010                    By      /s/DONITA ENGLAND

                                     Name    DONITA ENGLAND

                                     Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

In re  Albert Flores & Betty Angelina Flores
_____
             Debtor(s)

Case No._____
       (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) — Cont.                                               Page 2

☐ 3.  I certify that I requested credit counseling services from an approved agency but
was unable to obtain the services during the seven days from the time I made my request, and the
following exigent circumstances merit a temporary waiver of the credit counseling requirement
so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days after you file your bankruptcy petition and
promptly file a certificate from the agency that provided the counseling, together with a
copy of any debt management plan developed through the agency.  Failure to fulfill these
requirements may result in dismissal of your case.  Any extension of the 30-day deadline
can be granted only for cause and is limited to a maximum of 15 days. Your case may also
be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

☐ 4.  I am not required to receive a credit counseling briefing because of: *[Check the
applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
   illness or mental deficiency so as to be incapable of realizing and making rational
   decisions with respect to financial responsibilities.);
   ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the
   extent of being unable, after reasonable effort, to participate in a credit counseling
   briefing in person, by telephone, or through the Internet.)**;**
   ☐  Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit
counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and
correct.

Signature of Joint Debtor:  *Betty Angelina Flores*
                                    BETTY ANGELINA FLORES

         Date:  10/8/10

Certificate Number: 02114-TXW-CC-012417088



02114-TXW-CC-012417088

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>09/21/10</u>, at <u>07:32</u> o'clock <u>PM EST</u> BETTY A FLORES received from <u>CredAbility,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Texas,</u> an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan <u>was not prepared</u>.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted <u>by Internet</u> .

Date: <u>10-07-2010</u>         By      <u>/s/DONITA ENGLAND</u>


                         Name    <u>DONITA ENGLAND</u>


                         Title    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| ALBERT FLORES and | § | No. |
| BETTY ANGELINA FLORES, | § | |
| | § | |
| Debtors. | § | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case as follows:

> For legal services, I have agreed to accept        $250.00/hr.
>
> Prior to the filing of this statement I have received       $3,000.00
>
> Balance Due           Hourly as earned
>
> Amount of filing fee remaining to be paid       $  .00.

2.  The source of compensation to be paid to me was:

> ___X___ Debtor         _____ Other (Specify)

3.  The source of compensation to be paid to me is:

> _____ Debtor         _____ Other (Specify)

4.  ___X___ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

> _____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

> a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing (if any), and any adjourned hearings thereof;

d. Representation of the debtor in contested bankruptcy matters as those are defined under the Bankruptcy Rules.

e. [Other provisions as needed] Services necessary and proper to achieve an effective reorganization.

6. By agreement with the debtors, the above-disclosed fee does not include the following services:

Matters unrelated to the reorganization case.

AGREED TO BY THE DEBTORS:

Date: 10/8/10

/s/
ALBERT FLORES

/s/ Betty Angelina Flores
BETTY ANGELINA FLORES

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/8/10
Date

/s/
E.P. BUD KIRK
Texas State Bar No. 11508650
Terrace Gardens
600 Sunland Park Drive
Building Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 facsimile
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1.      <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days <u>before</u> the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2.      <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $274)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debt. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee:  Total fee $299)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee:  Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee:  Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court withing the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I(we) have received and read this notice.

ALBERT FLORES and BETTY ANGELINA FLORES
Printed Name(s) of Debtor(s)

/s/ _____  10-8-2010
Signature of Debtor          Date

Case No. (if known) _____

/s/ Betty Angelina Flores  10/8/10
Signature of Joint Debtor (if any)     Date

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

S T A T E M E N T

Petitioners are qualified to file this Petition and are entitled to the benefits of Title 11, United States Code as voluntary debtors, having not been debtors in a case pending under this Title at any time in the preceding 180 days in which the case was dismissed by the Court for willful failure to abide by orders of the Court, or to appear before the Court in the proper prosecution of the case, or in a case where the voluntary dismissal of a case was requested and obtained following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11, United States Code.

/s/ _____
ALBERT FLORES

/s/ _____
BETTY ANGELINA FLORES

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re    Albert Flores & Betty Angelina Flores

_____
Debtor

Case No. _____

Chapter    11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F. I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 4 | $ 9,099,366.09 | | |
| B – Personal Property | YES | 3 | $    124,177.30 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 7 | | $ 6,266,888.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $    252,719.20 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    16,526.98 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $      5,135.75 |
| **TOTAL** | | 29 | $ 9,223,543.39 | $ 6,519,607.20 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

# United States Bankruptcy Court
### Western District of Texas

In re  Albert Flores & Betty Angelina Flores
_____
Debtor

Case No.  _____

Chapter  _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

State the Following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ N.A. |

State the Following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6A (Official Form 6A) (12/07)

In re   Albert Flores & Betty Angelina Flores          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 914-916 W Yandell Dr.<br>El Paso, TX 79902 | | | 275,000.00 | 110,639.42 |
| 4128 O'Keefe Drive<br>El Paso, TX 79902 | | | 267,220.00 | 249,000.99 |
| 907 6th St<br>Tularosa, NM | | | 180,000.00 | 164,439.08 |
| 11569 Bunky Henry Ln<br>El Paso, TX 79936 | | | 91,145.00 | 65,832.46 |
| 3009 N. Florence<br>El Paso, TX | | | 133,346.09 | 47,633.92 |
| 415 Mesita<br>El Paso, TX | | | 140,583.00 | 50,000.00 |
| 104 Crown Pt.<br>El Paso, TX | | | 154,700.00 | 400,000.00 |

All properties encumbered by $500,000.00 note, secure the same note.

1

Total

(Report also on Summary of Schedules.)

B6A (Official Form 6A) (12/07)

In re   Albert Flores & Betty Angelina Flores_____     Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2800 N. Campbell El Paso, TX | | | 245,000.00 | 500,000.00 |
| 1429 E. Yandell El Paso, TX | | | 200,000.00 | 400,000.00 |
| 2815 N. Campbell El Paso, TX | | | 190,000.00 | 500,000.00 |
| 2215 N. Campbell El Paso, TX | | | 130,000.00 | 61,000.00 |
| 803 Mamie El Paso, TX | | | 130,000.00 | 300,000.00 |
| 1731 Wyoming El Paso, TX | | | 26,865.00 | 500,000.00 |
| 1108 N. Florence El Paso, TX | | | 120,000.00 | 500,000.00 |
| 2132 N. Kansas El Paso, TX | | | 135,000.00 | 300,000.00 |
| 1217 N. Mesa El Paso, TX | | | 700,000.00 | 525,000.00 |

All properties encumbered by $500,000.00 note, secure the same note.

2

Total _____

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6A (Official Form 6A) (12/07)

In re ___Albert Flores & Betty Angelina Flores_____     Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 806 Magnolia<br>El Paso, TX | | | 29,857.00 | None |
| 2912 Lemontree<br>Plano, TX | | | 150,000.00 | 68,000.00 |
| 14500 Sam Hawken<br>El Paso, TX | | | 38,456.00 | 500,000.00 |
| 14400 Derringer<br>El Paso County, Texas | | | 40,000.00 | 37,806.62 |
| 9065 Westside Dr.<br>El Paso, Texas | | | 2,259,000.00 | 1,900,000.00 |
| 225-27 Carrizo Canyon<br>Ruidoso, NM | | | 90,000.00 | None |
| 1226 E. Yandell<br>El Paso, TX | | | 200,000.00 | 500,000.00 |
| 308 E. River<br>El Paso, TX  79902 | | | 55,000.00 | 45,000.00 |
| Section 36, Township 27 South, Range 2 East, New Mexico Principal Meridian, Dona Ana County, TX | | | 1,944,000.00 | 1,050,000.00 |
| 3605 Arcadia Pl<br>El Paso, TX  79902 | Homestead | | 300,000.00 | 210,000.00 |
| 121 Puma Circle<br>El Paso, TX  79912 | | | 198,000.00 | 185,944.12 |

All properties encumbered by $500,000.00 note,                    **3**              Total
secure the same note.

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6A (Official Form 6A) (12/07)

In re ___Albert Flores & Betty Angelina Flores___          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3400 Piedmont<br>El Paso, TX | | | 226,194.00 | 144,000.00 |
| 5950 Johannson Rd<br>El Paso, TX | 1/2 undivided interest | | 450,000.00 | None |
| | | | | |
| **All properties encumbered by $500,000.00 note, secure the same note.** | 4 | Total ➤ | 9,099,366.09 | |
| | | (Report also on Summary of Schedules.) | | |

Bankruptcy2010 ©1991-2010. New Hope Software, Inc . ver 4 5 5.752 - 30433-301X-04310

B6B (Official Form 6B) (12/07)

In re  Albert Flores & Betty Angelina Flores          Case No. _____
                    Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America -0525 checking<br>E.P. Teachers FCU -1650 checking<br>Chase Bank -8009 checking<br>Chase -8584 checking | J<br>H<br>H<br>H | 0.00<br>650.00<br>500.00<br>86.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings | J | 5,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, paintings | J | 1,000.00 |
| 6.  Wearing apparel. | | Clothing | J | 500.00 |
| 7.  Furs and jewelry. | | Jewelry | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Firearms (see attached list) | H | 10,050.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Term life policy with American General Life Insurance, $150,000.00 death benefit, no cash value | H | 0.00 |
| 10. Annuities.  Itemize and name each issuer. | | Life insurance with, no cash value | W | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Texas Teacher Retirement | W | 3,441.30 /mo. |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6B (Official Form 6B) (12/07) -- Cont.

In re __Albert Flores & Betty Angelina Flores_____    Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Franklin Mutual Fund | J | 1,600.00 |
| 16. Accounts receivable. | | See list of real estate lien notes receivable hereto attached | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Santa Fe Hyundai<br>2006 Ford F150<br>1988 Camaro (not running)<br>1989 Camaro (not running)<br>1984 Cadillac Seville (not running) | J<br>J<br>J<br>J<br>J | 3,500.00<br>5,000.00<br>1,500.00<br>1,500.00<br>4,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 10413-301X-04310

B6B (Official Form 6B) (12/07) – Cont.

In re   Albert Flores & Betty Angelina Flores                    Case No. _____
                 **Debtor**                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1986 Cadillac Seville (not running) | J | 1,500.00 |
| | | 1984 Chevy pickup | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Pets (parrot, 6 dogs, cat, bull) | J | 400.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Farming equipment (Case tractor JX95 $10,800.00; Weis/McNair harvester 8900P, $7,200.00; Savage pecan sorter, 4224, $8,400.00; De-huller, Rhino flail mower, ORC12, $4,200.00; Rhino scraper 1540, $2,100.00 miscellaneous hand tools) | H | 81,300.00 |
| | | Weis McNair sweeper JD80, $15,000.00; Jessee Equipment huller 38 Traxx, $3,000.00; OMC shaker JWMB 91043, $13,200.00; Gearmore drag scraper APS, $1,200.00; Lorenz field conditioner BE, $4,200.00; Agriplane leveler, $4,200.00;  Durand-Wyland sprayer IF500C3, $6,000.00;Tufline furrow disc HRR06, $1,800.00. | H | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Social Security | H | 1,150.00 /mo. |

_____0_____ continuation sheets attached          Total   $   124,177.30

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.5-752 - 30433-301X-04310

## Schedule B-Firearms

| | |
|---|---|
| Four M-1 carbines | $2,000.00 |
| 9mm Beretta pistol | $   400.00 |
| .38 Beretta pistol | $   400.00 |
| Winchester carbine 1893 | $1,500.00 |
| Winchester Model 95 hex-barrel | $2,500.00 |
| .12 ga. Savage shotgun | $   250.00 |
| Six .22 rifles (Remingtons, Harrington-Richardson, Marlins) | $   500.00 |
| Colt .45 pistol single-action | <u>$2,500.00</u> |
| **TOTAL:** | **$10,050.00** |

## REAL ESTATE LIEN NOTES RECEIVABLES

| Borrower | Balance owed | Collateral |
|---|---|---|
| Jesus & Maricela Servin | $198,376 @ 6.5% | 121 Puma Circle, El Paso, TX |
| Albert Lepe | $139,000 | 201 Lancer, El Paso, TX |
| Margarito Guzman and Maria T. Chavez de Yepis | $37,000 | 6130 Lockland |
| Ramon Carlos | $82,000 | 2529 Idalia |
| EPT Crownpoint Investments | $105,000 9% | 104 Crownpoint |
| Raymond & Mrs. LaBaure | $39,500.43* | 1000 W. Missouri |
| Joaquin Santoyo | $18,336 | 2612 Tierra de Oro, El Paso County, TX |

---

*Stream of payments was assigned to third party until 160th payment has been made in February, 2013.  At that point the note balance should be $37,313.49.

B6C (Official Form 6C) (04/10)

In re   Albert Flores & Betty Angelina Flores
_____    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)          ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)               $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2003 Santa Fe Hyundai | Sec. 42.002(a)(9) T.P.C. | 3,500.00 | 3,500.00 |
| 2006 Ford F150 | Sec. 42.002(a)(9) T.P.C. | 5,000.00 | 5,000.00 |
| Household goods and furnishings | Sec. 42.002(a)(1) T.P.C. | 5,000.00 | 5,000.00 |
| Books, paintings | Sec. 42.002(a)(1) T.P.C. | 1,000.00 | 1,000.00 |
| Clothing | Sec. 42.002(a)(5) T.P.C. | 500.00 | 500.00 |
| Jewelry | Sec. 42.002(a)(6) T.P.C. | 1,000.00 | 1,000.00 |
| Pets (parrot, 6 dogs, cat, bull) | Sec. 42.002(a)(11) T.P.C. | 400.00 | 400.00 |
| Farming equipment (Case tractor JX95 $10,800.00; Weis/McNair harvester 8900P, $7,200.00; Savage pecan sorter, 4224, $8,400.00; De-huller, Rhino flail mower, ORC12, $4,200.00; Rhino scraper 1540, $2,100.00 miscellaneous hand tools) Weis McNair sweeper JD80, $15,000.00: Jessee Equipment huller 38 Traxx, $3,000.00; OMC shaker JWMB 91043, $13,200.00; Gearmore drag scraper APS, $1,200.00; Lorenz field conditioner BE, $4,200.00; Agriplane leveler, $4,200.00; | Sec. 42.002(a)(3) T.P.C. | $44,600.00 | 81,300.00 |
| Texas Teacher Retirement | Sec. 821.005 Tex. Gov. Code | 3,441.30 /mo. | 3,441.30 /mo. |
| Social Security | 5 U.S.C. § 8346; 38 U.S.C. § 5301 | 1,150.00 /mo. | 1,150.00 /mo. |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4 15-752 - 20413-301X-04110

B6D (Official Form 6D) (12/07)

In re   Albert Flores & Betty Angelina Flores _____,                    Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2684<br><br>A.G. New Mexico<br>P.O. Box 1328<br>Clovis, NM  88102 | | | Security: 9065 Westside Dr.<br>99 acres pecans<br><br><br>VALUE $        2,259,000.00 | | | | 1,900,000.00 | 0.00 |
| ACCOUNT NO.<br><br>AHMSI<br>P.O. Box 619063<br>Dallas, TX  75261 | | | Security: 121 Puma Dr.<br><br><br>VALUE $        198,000.00 | | | | 185,944.12 | 0.00 |
| ACCOUNT NO.<br><br>AHMSI<br>P.O. Box 619063<br>Dallas, TX  75261 | | | Security: 2529 Idalia<br><br><br>VALUE $          90,000.00 | | | | 82,000.00 | 0.00 |

_6_____ continuation sheets attached

Subtotal ▶ (Total of this page)   $2,167,944.12   $              0.00

Total ▶ (Use only on last page)   $              $

(Report also on Summary of Schedules)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.1-752 - 30433-301X-04310

B6D (Official Form 6D) (12/07) – Cont.

In re   Albert Flores & Betty Angelina Flores                    ,          Case No. _____
                              **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Alyce Martinez 3985 Krag El Paso, TX 79938 | | | Security: 14400 Derringer 10 acres — VALUE $ 400,000.00 | | | | 37,806.62 | 0.00 |
| ACCOUNT NO. American Servicing Co. P.O. Box 10388 Des Moines, IA 50306 | | | Security: 11569 Bunky Henry — VALUE $ 91,145.00 | | | | 65,832.46 | 0.00 |
| ACCOUNT NO. BAC Home Loan Servicing, LP P.O. Box 650070 Dallas, TX 75265 | | | Security: 3605 Arcadia Pl. El Paso, TX 79902 — VALUE $ 300,000.00 | | | | 210,000.00 | 0.00 |
| ACCOUNT NO. BAC Home Loan Servicing, LP P.O. Box 650070 Dallas, TX 75265 | | | Security: 4128 O'Keefe Drive — VALUE $ 267,220.00 | | | | 66,568.99 | 0.00 |
| ACCOUNT NO. BAC Home Loan Servicing, LP P.O. Box 650070 Dallas, TX 75265 | | | Security: 3400 Piedmont Rent home — VALUE $ 226,194.00 | | | | 144,000.00 | 0.00 |

Sheet no. _1_ of _6_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)     $ 524,208.07     $
Total(s) (Use only on last page)     $     $

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6D (Official Form 6D) (12/07) – Cont.

In re ___Albert Flores & Betty Angelina Flores_____,          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>BAC Home Loan Servicing, LP<br>P.O. Box 650070<br>Dallas, TX 75265 | | | Security: 2912 Lemontree<br>Rent home in Plano, TX<br><br>VALUE $        150,000.00 | | | | 68,000.00 | 0.00 |
| ACCOUNT NO. <br><br>BAC Home Loan Servicing, LP<br>P.O. Box 650070<br>Dallas, TX 75265 | | | First lien on 4128 O'Keefe Drive<br><br>VALUE $              0.00 | | | | 182,432.00 | 182,432.00 |
| ACCOUNT NO. <br><br>Bank of America Mortgage<br>P.O. Box 650070<br>Dallas, TX 75265 | | | Security: 2215 N. Campbell Home<br><br>VALUE $        130,000.00 | | | | 61,000.00 | 0.00 |
| ACCOUNT NO. <br><br>Charles Horak<br>c/o Westar Loan Servicing Co.<br>P.O. Box 500<br>Phoenix, AZ 85001 | | | Secured by Collateral transfer of Note on 201 Lancer, El Paso, TX<br><br>VALUE $         77,000.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO. <br><br>Charlie Haddad<br>700 E. Montana<br>El Paso, TX 79902 | | | Security: 1429 E. Yandell (Restaurant w/ apartments), and 104 Crown Point (rent house)<br><br>VALUE $        209,400.00 | | | | 400,000.00 | 190,600.00 |

Sheet no. _2_ of _6_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)  $    711,432.00   $
(Total(s) of this page)
Total(s)  $                $
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)    also on Statistical
                         Summary of Certain
                         Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.5-752 - 30433-301X-04310

B6D (Official Form 6D) (12/07) – Cont.

In re    Albert Flores & Betty Angelina Flores            ,          Case No. _____

                    **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2606<br><br>Chase Bank<br>Home Equity Loan Servicing<br>P.O. Box 24714<br>Columbus, OH  43224 | | | Security: 3009 N. Florence<br>El Paso, TX<br>Home equity loan<br><br>VALUE $        133,346.09 | | | | 47,633.92 | 0.00 |
| ACCOUNT NO.<br><br>Chase Mortgage<br>P.O. Box 24696<br>Columbus, OH  43224 | | | Security: 907 6th St<br>Tularosa, NM  88352<br><br>VALUE $        180,000.00 | | | | 164,439.08 | 0.00 |
| ACCOUNT NO.<br><br>Dona Ana County Treasurer<br>P.O. Box 1179<br>Las Cruces, NM  88004 | | | Property ID: 17-15649<br><br>VALUE $        0.00 | | | | 386.25 | 386.25 |
| ACCOUNT NO.<br><br>Dona Ana County Treasurer<br>P.O. Box 1179<br>Las Cruces, NM  88004 | | | Property ID: 17-17483<br><br>VALUE $        0.00 | | | | 2,573.51 | 2,573.51 |
| ACCOUNT NO.<br><br>Dona Ana County Treasurer<br>P.O. Box 1179<br>Las Cruces, NM  88004 | | | Property ID: 17-02411<br><br>VALUE $        0.00 | | | | 1,675.05 | 1,675.05 |

Sheet no. _3_ of _6_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)   $   216,707.81    $
(Total(s) of this page)
Total(s)   $                    $
(Use only on last page)

(Report also on            (If applicable, report
Summary of Schedules)   also on Statistical
                                  Summary of Certain
                                  Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6D (Official Form 6D) (12/07) – Cont.

In re   Albert Flores & Betty Angelina Flores                    ,          Case No. _____
                              **Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0900 <br><br> El Paso County Tax Assessor/Collector 2 Civic Center Plaza El Paso, TX  79999 | | | 3605 Arcadia <br><br><br> VALUE $          300,000.00 | | | | 3,981.76 | 0.00 |
| ACCOUNT NO. 9786 <br><br> First National Bank of Davis 227 East Main Street Davis, OK  73030 | | | Commercial washing machines and dryers warehoused on George Dieter Ave. <br><br> VALUE $          20,000.00 | | | | 15,299.57 | 0.00 |
| ACCOUNT NO. <br><br> George Doolittle GCD Investments 6700 N. Mesa El Paso, TX  79912 | | | Security: 415 Mesita Home w/apartment <br><br><br> VALUE $          140,583.00 | | | | 50,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Haixiao Li 4633 Globe Willow El Paso, TX  79922 | | | Security: 308 E. River <br><br><br> VALUE $          55,000.00 | | | | 45,000.00 | 0.00 |
| ACCOUNT NO. <br><br> M&T Bank P.O. Box 840 Buffalo, NY  14240 | | | Security: 914-916 W Yandell Dr. El Paso, TX  79902 Six apartments <br><br> VALUE $          275,000.00 | | | | 110,639.42 | 0.00 |

<div style="writing-mode: vertical-rl">Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4 5 5-752 - 30433.501X-04310</div>

Sheet no. __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)    $   224,920.75    $
(Total(s) of this page)
Total(s)    $          $
(Use only on last page)

(Report also on      (If applicable, report
Summary of Schedules)   also on Statistical
Summary of Certain
Liabilities and Related

B6D (Official Form 6D) (12/07) – Cont.

In re    Albert Flores & Betty Angelina Flores                ,        Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0470<br><br>Naeda Financial Ltd<br>P.O. Box 95662<br>Chicago, IL  60694 | | | Farming equipment<br><br><br><br>VALUE $          60,000.00 | | | | 30,000.00 | 0.00 |
| ACCOUNT NO. 8572<br><br>Otero County Treasurer<br>1000 New York Ave., Room 110<br>Alamorgordo, NM  88310 | | | 2009 taxes on property: PC40-00045 MC059-077-460-225 BK 1198 PG 0964-6-Crossett 28-13-11 TR In NE 1/4 5.149 ac. Misc land general<br><br>VALUE $          0.00 | | | | 80.88 | 80.88 |
| ACCOUNT NO. 9883<br><br>Otero County Treasurer<br>1000 New York Ave., Room 110<br>Alamorgordo, NM  88310 | | | 2009 taxes on property:  PC04-00798 mc051-083-192-074 907 Sixth St BK 1116 PG 0653- Corr Smd Tularosa Blocks Blk 12 LT A N 1/2 72x142 S-Family Res Lot Sgl<br><br>VALUE $          0.00 | | | | 496.67 | 496.67 |
| ACCOUNT NO. 056B<br><br>Propel Financial Services<br>P.O. Box 100350<br>San Antonio, TX  78201 | | | Subrogated to tax lien on three rental properties<br><br><br>VALUE $          0.00 | | | | 14,066.53 | 14,066.53 |
| ACCOUNT NO. 056A<br><br>Propel Financial Services<br>P.O. Box 100350<br>San Antonio, TX  78201 | | | Subrogated to tax lien on 3605 Arcadia<br><br><br>VALUE $          0.00 | | | | 2,031.17 | 2,031.17 |

Sheet no. 5 of 6 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) (Total(s) of this page) | $ 46,675.25 | $ |
|---|---|---|---|
|  | Total(s) (Use only on last page) | $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.5-752 - 30431-301X-04310

B6D (Official Form 6D) (12/07) – Cont.

In re    Albert Flores & Betty Angelina Flores              ,       Case No. _____
                        **Debtor**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert Malooly<br>3737 Gateway West<br>920 N. Stanton<br>El Paso, TX 79902 | | | Security: 1217 N. Mesa Apartments (21)<br><br><br>**VALUE $       700,000.00** | | | | 525,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Robert Malooly<br>920 N. Stanton<br>El Paso, TX 79902 | | | 2800 N. Campbell, 2815 N. Campbell, 1731 Wyoming, 1108 N. Florence, 14500 Sam Hawken, 1226 E. Yandell<br><br>**VALUE $       760,321.00** | | | | 500,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Robert Malooly<br>920 N. Stanton<br>El Paso, TX 79902 | | | 2132 N. Kansas (home w/apartments), 803 Mamie (home), 1111 Overland (storage warehouse)<br><br>**VALUE $       351,000.00** | | | | 300,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Robert Malooly<br>920 N. Stanton<br>El Paso, TX 79902 | | | Non-recourse note secured by Section 36, Township 27S, Range 3E, Dona Ana County, NM and other parties assets.<br><br>**VALUE $     1,940,000.00** | | | | 1,050,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br>**VALUE $** | | | | | | | | |

Sheet no. _6_ of _6_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $ 2,375,000.00 | $          0.00 |
| Total(s)<br>(Use only on last page) | $ 6,266,888.00 | $ 394,342.06 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related |

Bankruptcy2010 ©1991,2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6E (Official Form 6E) (04/10)

In re  Albert Flores & Betty Angelina Flores                    ,          Case No._____
_____                                      (if known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.5-752 - 30433-301X-04310

B6E (Official Form 6E) (04/10) - Cont.

In re    Albert Flores & Betty Angelina Flores                    ,          Case No._____
                        Debtor                                                        (if known)


☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

         1   **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re  Albert Flores & Betty Angelina Flores                    ,          Case No. _____
_____
                     **Debtor**                                                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $          0.00 | $ | $ |
| | | | Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | | | | $          0.00 | | |
| | | | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $          0.00 | $          0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver 4.5-752 - 30433-301X-04310

B6F (Official Form 6F) (12/07)

In re __Albert Flores & Betty Angelina Flores_____,          Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5681 <br><br> Advanta <br> P.O. Box 8088 <br> Philadelphia, PA  19101 | | | Debt of RTA Property Management | | | | 20,990.99 |
| ACCOUNT NO. <br><br> Alicia Woodwell <br> 5733 Stan Musial <br> El Paso, TX  79934 | | | Promissory note | | | | 20,000.00 |
| ACCOUNT NO.  1005 <br><br> American Express <br> P.O. Box 650448 <br> Dallas, TX  75265 | | | | | | | 79.55 |
| ACCOUNT NO.  2004 <br><br> American Express <br> P.O. Box 650448 <br> Dallas, TX  75265 | | | | | | | 332.05 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

__4__ continuation sheets attached

Subtotal ➤ $  41,402.59

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Albert Flores & Betty Angelina Flores                    ,        Case No. _____
_____
          Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6657 <br><br> Bank of America <br> P.O. Box 15026 <br> Wilmington, DE  19850 | | | | | | | 16,858.96 |
| ACCOUNT NO.  7268 <br><br> Bank of America <br> P.O. Box 15026 <br> Wilmington, DE  19850 | | | | | | | 10,052.42 |
| ACCOUNT NO.  1832 <br><br> Bank of America <br> P.O. Box 15026 <br> Wilmington, DE  19850 | | | | | | | 2,558.80 |
| ACCOUNT NO.  4571 <br><br> Bank of America <br> P.O. Box 15026 <br> Wilmington, DE  19850 | | | | | | | 75,886.03 |
| ACCOUNT NO.  0500 <br><br> Bank of America <br> P.O. Box 15184 <br> Wilmington, DE  19850 | | | | | | | 15,581.76 |
| Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶ | $  120,937.97 |
| | | | | | | Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6F (Official Form 6F) (12/07) - Cont.

In re  Albert Flores & Betty Angelina Flores            ,        Case No. _____
               Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8422<br>Chase<br>P.O. Box 15298<br>Wilmington, DE  19850 | | | Credit card | | | | 8,318.15 |
| ACCOUNT NO.  7545<br>Chase<br>P.O. Box 15298<br>Wilmington, DE  19850 | | | Credit card | | | | 31,518.12 |
| ACCOUNT NO.  2630<br>Chase<br>P.O. Box 15298<br>Wilmington, DE  19850 | | | Credit card | | | | 11,018.68 |
| ACCOUNT NO.  1876<br>Chase<br>P.O. Box 15298<br>Wilmington, DE  19850 | | | Credit card | | | | 9,177.86 |
| ACCOUNT NO.  1310<br>Chase<br>P.O. Box 15298<br>Wilmington, DE  19850 | | | Credit card | | | | 378.64 |

Sheet no.  2  of  4  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  60,411.45

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver 4.5.5-752 - 30433.301X-04310

B6F (Official Form 6F) (12/07) - Cont.

In re  Albert Flores & Betty Angelina Flores          ,          Case No. _____
          **Debtor**                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2463 | | | Credit card | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | | | 12,457.35 |
| ACCOUNT NO. 1526 | | | | | | | |
| Discover P.O. Box 29033 Phoenix, AZ 85038 | | | | | | | 7,621.85 |
| ACCOUNT NO. 0215 | | | | | | | |
| Sam's Club P.O. Box 530942 Atlanta, GA 30353 | | | | | | | 500.00 |
| ACCOUNT NO. 2988 | | | | | | | |
| Sears P.O. Box 183082 Columbus, OH 43218 | | | | | | | 8,211.00 |
| ACCOUNT NO. 0178 | | | | | | | |
| Target Visa P.O. Box 660170 Dallas, TX 75266 | | | | | | | 941.99 |
| | | | | | | Subtotal ▶ | $ 29,732.19 |
| | | | | | | Total ▶ | $ |

Sheet no. 3 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-303X-G4310

B6F (Official Form 6F) (12/07) - Cont.

In re   Albert Flores & Betty Angelina Flores                    ,          Case No. _____
                                    Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9935 <br><br> The Company Corporation <br> 2711 Centerville Road <br> Wilmington, DE  19808 | | | | | | | 235.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  |  |
|---|---|
| Subtotal ▶ | $     235.00 |
| Total ▶ | $  252,719.20 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6G (Official Form 6G) (12/07)

In re  **Albert Flores & Betty Angelina Flores**
     Debtor

Case No. _____
     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Fred Fiandaca (tenant) | 308 E. River<br>El Paso, TX  79912<br>month-to-month |
| Martin Flores (tenant) | 1108 N. Florence<br>El Paso, TX  79902<br>month-to-month |
| Sean O'toole (tenant) | 2132 N. Kansas<br>El Paso, TX  79902<br>month-to-month |
| George Hantzopoulos (tenant) | 2800 N. Campbell<br>El Paso, TX<br>month-to-month |
| Matt Osborne (tenant) | 2815 N. Campbell<br>El Paso, TX<br>month-to-month |
| Marco Castanon (tenant) | 4128 O'Keefe<br>El Paso, TX<br>month-to-month |
| Ms. Xochitl (tenant) | 2215 N. Campbell<br>El Paso, TX<br>month-to-month |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B 6G (Official Form 6G) (12/07) — Cont.

In re  Albert Flores & Betty Angelina Flores        Case No. _____
_____                    _____
                Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Shannon Beadle (tenant) | 803 Mamie<br>El Paso, TX<br>month-to-month |
| Stephanie Camacho (tenant) | 3009 N. Florence<br>El Paso, TX  79902<br>month-to-month |
| Juan Romo (tenant) | 415 Mesita<br>El Paso, TX<br>month-to-month |
| Juan Sandoval (tenant)<br>Olivia Ramirez (tenant)<br>Daniel Diaz (tenant)<br>Virginia Artunez (tenant)<br>Fernando Almaguer (tenant)<br>Ricardo Garcia (tenant) | 914-916 W. Yandell<br>El Paso, TX<br>month-to-month |
| Jerry Alaniz (tenant) | 225 Carrizo Canyon<br>El Paso, TX<br>month-to-month |
| Charlotte Robinson (tenant) | 227 Carrizo Canyon<br>El Paso, TX<br>month-to-month |
| Rita Villareal (tenant) | 1429 Yandell<br>El Paso, TX  79902<br>month-to-month |
| Ray Gutierrez (tenant) | 1226 E. Yandell<br>El Paso, TX  79902<br>month-to-month |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.5-752 - 30433-303X-04310

B 6G (Official Form 6G) (12/07) -- Cont.

In re  Albert Flores & Betty Angelina Flores

   Debtor

Case No. _____

                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 21 tenants | 1217 N. Mesa<br>El Paso, TX  79902<br>month-to-month |
| Veronica Rojas (tenant) | 11569 Bunky Henry<br>El Paso, TX  79936<br>month-to-month |
| Chris Taylor (tenant) | 104 Crown Point<br>El Paso, TX  79912<br>month-to-month |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver 4.5.5-752 - 30433-301X-04310

**B6H (Official Form 6H) (12/07)**

In re   Albert Flores & Betty Angelina Flores                    Case No. _____
                           **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.5-752 - 30433-301X-04310

B6I (Official Form 6I) (12/07)

In re  Albert Flores & Betty Angelina Flores
_____  Case _____
    Debtor                                                     (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S): No dependents | | AGE(S): |

| Employment: | DEBTOR | SPOUSE | |
|---|---|---|---|
| Occupation | | Teacher | |
| Name of Employer | Self-employed | Gadsen School District | |
| How long employed | | July 2001 | |
| Address of Employer | 3605 Arcadia | Sunland Park, NM | |
| | El Paso, TX 79902 | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 4,436.76 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 4,436.76 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 1,552.78 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,552.78 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,883.98 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 7,570.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance (Specify) (D)Social security | $ 1,150.00 | $ 0.00 |
| 12. | Pension or retirement income  (w) Retirement | $ 0.00 | $ 3,149.00 |
| 13. | Other monthly income(D)Income from Notes (Specify) | $ 1,774.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 10,494.00 | $ 3,149.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 10,494.00 | $ 6,032.98 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 16,526.98 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    Farm income is seasonal.  Pecan harvest income expected in December-January.  Annual crop payment/mortgage must come from the harvest.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. , ver. 4.5.5-752 - 30433-301X-04310

B6J (Official Form 6J) (12/07)

In re  Albert Flores & Betty Angelina Flores                Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,711.93 |
|     a. Are real estate taxes included?    Yes ✓    No _____ | |
|     b. Is property insurance included?    Yes ✓    No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 1,100.00 |
|     b. Water and sewer | $ 750.00 |
|     c. Telephone | $ 0.00 |
|     d. Other cell phone $143.82, cable $300 | $ 443.82 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 375.00 |
| 5. Clothing | $ 85.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 80.00 |
| 10.Charitable contributions | $ 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 103.00 |
|     c. Health | $ 187.00 |
|     d.Auto | $ 150.00 |
|     e. Other_____ | $ 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other | $ 0.00 |
|     c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other_____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, | $ 5,135.75 |

if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    Debtors will need to resume paymetns on real estate notes.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I (includes spouse income of $6,032.98. See Schedule I) | $ 16,526.98 |
|     b. Average monthly expenses from Line 18 above | $ 5,135.75 |
|     c. Monthly net income (a. minus b.)      (Net includes Debtor/Spouse combined Amounts) | $ 11,391.23 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 30433-901X-04310

B6 (Official Form 6 - Declaration) (12/07)

Albert Flores & Betty Angelina Flores

In re _____        Case No. _____
                **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___31___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __10-8-2810__                     Signature: _____
                                                                  Debtor:

Date __10/8/10__                        Signature: _____
                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____               _____
Printed or Typed Name and Title, if any,                           Social Security No.
of Bankruptcy Petition Preparer                                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____               _____
      Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____               Signature: _____

                                                                  _____
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

In Re  Albert Flores & Betty Angelina Flores                                          Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT |  | SOURCE |
|---|---|---|---|
| 2010(db) | 13,500.00 | | Real Estate |
| 2009(db) | 102,000.00 | | Pecan Farming |
| 2008(db) | 100,398.00 | | Pecan farming |
| 2010(jdb) | 39,930.84 | ytd. | Gadsden ISD |
| 2009(jdb) | 39,930.84 | | Gadsden ISD |
| 2008(jdb) | 39,930.84 | | Gadsden ISD |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

**2. Income other than from employment or operation of business**

None ☐       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| (db) | Social Security $1,150.00/per mo. |
| (db) | |
| (jdb) | Retirement $3,149.00/per mo. |
| (jdb) | |

**3. Payments to creditors**

None ☒

     *Complete a. or b., as appropriate, and c.*

     *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☐

     *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Robert Malooly<br>920 N. Stanton<br>El Paso, TX  79902 | 8-25-10 | $9,500.00 | $1,325,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

None ☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| AG New Mexico FCS FLCA v. Albert Flores No. CV-2010-2193 | Foreclosure | Dona Ana County 3rd Judicial District | Pending |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Big Brothers Big Sisters | None | Annual | Free rent at 806 Magnolia, El Paso, TX. $3,600.00/year |
| Sister Maria de Jesus | None | Annual | Free rent at 806 Magnolia, El Paso, TX. $4,800.00/year |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

**8.  Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| E P Bud Kirk 600 Sunland Park Drive Building Four, Suite 400 El Paso, TX 79912 | October 8, 2010 | $3,000.00 |

**10.  Other transfers**

None
☒

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
 were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
 valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
□     preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None     List all property owned by another person that the debtor holds or controls.
□

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Irma Gonzalez 600 Block Nevada Street El Paso, TX  79902 | Tractor | 9065 Westside Rd. Anthony, NM  88021 |

**15.  Prior address of debtor**

None


    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

    ADDRESS                         NAME USED                DATES OF OCCUPANCY

**16.  Spouses and Former Spouses**

None


    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

          NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None


    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

    SITE NAME             NAME AND ADDRESS         DATE OF        ENVIRONMENTAL
    AND ADDRESS         OF GOVERNMENTAL UNIT      NOTICE          LAW

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

    SITE NAME             NAME AND ADDRESS         DATE OF        ENVIRONMENTAL
    AND ADDRESS         OF GOVERNMENTAL UNIT      NOTICE          LAW

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

None
☒

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| RTA Property Management (sole proprietorship) | | 3605 Arcadia Pl El Paso, TX  79902 | Property Management/Pecan grower | May 1988 to present (rentals) December 2007 to present (pecan farm) |

None
☒

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

**19. Books, record and financial statements**

None    a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐       bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Hector Rubio<br>Financial & Business Services, Inc.<br>1346 Lee Trevino<br>El Paso, TX  79936 | 1990-present |

None    b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒       have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒       of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None    d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐       financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Chase Bank<br>Oregon at Main St.<br>El Paso, TX | May, 2010 |
| AG New Mexico<br>P.O. Box 1328<br>Clovis, NM  88102 | February, 2008 |

**20. Inventories**

None    a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒       taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None   b.     List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

⊠

DATE OF INVENTORY             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None   a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

⊠

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None   b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

⊠

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22. Former partners, officers, directors and shareholders

None   a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

⊠

NAME            ADDRESS            DATE OF WITHDRAWAL

None   b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

⊠

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

### 23. Withdrawals from a partnership or distribution by a corporation

None       If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

⊠

NAME & ADDRESS OF        DATE AND PURPOSE        AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP      OF WITHDRAWAL        DESCRIPTION AND VALUE
TO DEBTOR                                       OF PROPERTY

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

**24. Tax Consolidation Group**

None  ⊠    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds**

None  ⊠    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature    /s/ Albert Flores
                                   of Debtor     _____
                                                 ALBERT FLORES

Date _____    Signature    /s/ Betty Angelina Flores
                                   of Joint Debtor _____
                                                 BETTY ANGELINA FLORES

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

<u>    0   </u> continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 30433-301X-04310 - Acrobat PDFWriter

A.G. New Mexico
P.O. Box 1328
Clovis, NM  88102


Advanta
P.O. Box 8088
Philadelphia, PA  19101


AHMSI
P.O. Box 619063
Dallas, TX  75261


Alicia Woodwell
5733 Stan Musial
El Paso, TX  79934


Alyce Martinez
3985 Krag
El Paso, TX  79938


American Express
P.O. Box 650448
Dallas, TX  75265


American Servicing Co.
P.O. Box 10388
Des Moines, IA  50306


BAC Home Loan Servicing, LP
P.O. Box 650070
Dallas, TX  75265


Bank of America
P.O. Box 15026
Wilmington, DE  19850


Bank of America
P.O. Box 15184
Wilmington, DE  19850

Bank of America Mortgage
P.O. Box 650070
Dallas, TX   75265


Charles Horak
c/o Westar Loan Servicing Co.
P.O. Box 500
Phoenix, AZ   85001


Charlie Haddad
700 E. Montana
El Paso, TX   79902


Chase
P.O. Box 15298
Wilmington, DE   19850


Chase Bank
Home Equity Loan Servicing
P.O. Box 24714
Columbus, OH   43224


Chase Mortgage
P.O. Box 24696
Columbus, OH   43224


Discover
P.O. Box 29033
Phoenix, AZ   85038


Dona Ana County Treasurer
P.O. Box 1179
Las Cruces, NM   88004


El Paso County Tax
Assessor/Collector
2 Civic Center Plaza
El Paso, TX   79999

First National Bank of Davis
227 East Main Street
Davis, OK  73030


George Doolittle
GCD Investments
6700 N. Mesa
El Paso, TX  79912


Haixiao Li
4633 Globe Willow
El Paso, TX  79922


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114


M&T Bank
P.O. Box 840
Buffalo, NY  14240


Naeda Financial Ltd
P.O. Box 95662
Chicago, IL  60694


Otero County Treasurer
1000 New York Ave., Room 110
Alamorgordo, NM  88310


Propel Financial Services
P.O. Box 100350
San Antonio, TX  78201


Propel Financial Services
P.O. Box 100350
San Antonio, TX  78201

Robert Malooly
3737 Gateway West
920 N. Stanton
El Paso, TX  79902


Robert Malooly
920 N. Stanton
El Paso, TX  79902


Sam's Club
P.O. Box 530942
Atlanta, GA  30353


Sears
P.O. Box 183082
Columbus, OH  43218


Target Visa
P.O. Box 660170
Dallas, TX  75266


The Company Corporation
2711 Centerville Road
Wilmington, DE  19808

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas**

In re    Albert Flores & Betty Angelina Flores      ,

            Debtor

Case No. _____

Chapter    11 _____

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true,

correct and complete to the best of my knowledge.

Date _____     Signature    /s/ Albert Flores
            of Debtor      ALBERT FLORES

Date _____     Signature    /s/ Betty Angelina Flores
            of Joint Debtor    BETTY ANGELINA FLORES

E P Bud Kirk
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX  79912
(915) 584-3773
(915) 581-3452